UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LARY FEEZOR,

        NO. CIV. S-12-2672 LKK/CMK

    Plaintiff,

  v.

        O R D E R

BARBER VALLEJO PROPERTIES, LP,

    Defendant.
_____/

    A status conference is scheduled for January 22, 2013 in the above-captioned case. The defendant has been served, and the time for filing an answer has expired. The defendant has not filed a status report.

    Accordingly, the court ORDERS as follows:

    [1] Plaintiff is DIRECTED to request the clerk of the court to enter defendant's default.

    [2] The status (pretrial scheduling) conference currently scheduled for January 22, 2013 is CONTINUED until May 13, 2013 at 10:00 a.m. The parties shall file with the court and serve upon all other parties, pursuant to Local Rule 134(b) (time of

1

1  filing), fourteen (14) days preceding the conference, a Status
2  Report. Plaintiff is directed to serve defendant with a copy
3  of this order no later than April 12, 2013 if this case has
4  not been resolved by that date.
5  IT IS SO ORDERED.
6  DATED:   January 17, 2013.

```
                              _____
                              LAWRENCE K. KARLTON
                              SENIOR JUDGE
                              UNITED STATES DISTRICT COURT
```