UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LARY FEEZOR,

        Plaintiff,

   v.

BARBER VALLEJO PROPERTIES, LP,

        Defendant.
_____/

NO. CIV. S-12-2672 LKK/CMK

O R D E R

A status conference is scheduled for January 22, 2013 in the above-captioned case. The defendant has been served, and the time for filing an answer has expired. The defendant has not filed a status report.

Accordingly, the court ORDERS as follows:

[1] Plaintiff is DIRECTED to request the clerk of the court to enter defendant's default.

[2] The status (pretrial scheduling) conference currently scheduled for January 22, 2013 is CONTINUED until May 13, 2013 at 10:00 a.m. The parties shall file with the court and serve upon all other parties, pursuant to Local Rule 134(b) (time of

1

1  filing), fourteen (14) days preceding the conference, a Status
2  Report. Plaintiff is directed to serve defendant with a copy
3  of this order no later than April 12, 2013 if this case has
4  not been resolved by that date.
5  IT IS SO ORDERED.
6  DATED:   January 17, 2013.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2